# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FAVOR-EL,<br><br>                    Petitioner,<br>     v.<br>WARDEN DANIEL PARAMO,<br>Warden,<br><br>                    Respondent. | Civil No.   14-cv-2594 JAH (WVG)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis.[1]

In the present petition, Petitioner seeks to challenge a disciplinary proceeding based on a June 14, 2014, incident at R.J. Donovan Correctional Facility. (*See* Pet. at 11.) Petitioner is currently challenging the same proceeding in this Court in case no. 14cv2352 H (BLM). (*See* So. Dist. Case No. 14cv2352 H (BLM), ECF No. 1.) In that case, Petitioner was directed to satisfy the filing fee requirement and submit a First Amended Petition no later than December 15, 2014. (*See id.*, ECF No. 2.) I

/ / /

---

[1] Petitioner is required by Rule 3(a), 28 U.S.C. foll. § 2254. to either paid the $5.00 filing fee or qualify to proceed in forma pauperis. Because the Court is dismissing the case without prejudice, the Court does not address Petitioner's in forma pauperis status.

1  The Court may dismiss a duplicative petition as frivolous if it "merely repeats
2 pending or previously litigated claims." *Cato v. United States*, 70 F.3d 1103, 1105 n.2
3 (9th Cir. 1995) (citations omitted).  The present petition attacks the same disciplinary
4 proceeding as Petitioner's current pending case in case no. 14cv2352 H (BLM), and
5 appears to do so on the same grounds.

6  For the foregoing reasons, the Court **DISMISSES** this case without prejudice.
7 Petitioner is advised that if he wishes to add additional claims or supporting facts to his
8 challenge of the disciplinary proceedings relating to the June 14, 2014 incident, he must
9 do so via an amended petition in case no. 14cv2352 H (BLM).  The Clerk will close the
10 file.

11  **IT IS SO ORDERED.**
12 DATED: November 3, 2014

_____
John A. Houston
United States District Judge